```
JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
DANIELLE R. TEETERS, CSBN 210056
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     (916) 321-4500
Facsimile:      (916) 321-4555

Attorneys for Defendants
SUSAN BLUSH dba KENTWOOD LAW GROUP
and CACH, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDON SANTIAGO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CACH LLC, SUSAN BLUSH d/b/a KENTWOOD LAW GROUP,<br><br>　　　　　Defendants. | CASE NO.  3:13-CV-02234-JST<br><br>**NOTICE OF CONTINUING HEARING DATE; STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION FOR ATTORNEY'S FEES AND BRIEFING SCHEDULE  (N.D.L.R. 6-2, 6-3, 7-7; 7-11; 7-12)**<br><br>Hearing Date:　　　　August 15, 2013<br>Proposed Hearing Date:　Sept. 5, 2013<br>Time:　　　　　　　　2:00 p.m.<br>Courtroom:　　　　　9 – 19th Floor<br>　　　　　　　　　　Hon. Jon S. Tigar |

## **NOTICE**

Pursuant to N,D. Local Rule 7-7(a), Plaintiff provides notice that the August 10, 2013 hearing date will be continued to September 5, 2013.

## **STIPULATION AND [PROPOSED] ORDER**

Pursuant to N.D. Local Rules 6-2, 6-3, 7-7(d), 7-11, and 7-12, the parties request that the briefing schedule be extended to allow the parties to meet and

---

1032888.1 13640.007　　　　　　　　　　　- 1 -　　　　　　　　　　　3:13-CV-02234-JST

**NOTICE OF CONTINUING HEARING DATE; STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION FOR ATTORNEY'S FEES AND BRIEFING SCHEDULE  (N.D.L.R. 6-2, 7-7; 7-11; 7-12)**

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

confer regarding resolution of this fee motion without judicial involvement. Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate as follows:

1. Opposition, if any, shall be served and filed by July 29, 2013.

2. Any reply to an opposition shall be served and filed by the moving party not more than seven (7) days after the Opposition Brief is served and filed.

Neither party has previously requested an extension related to the Motion for Fees and Costs, or any other court deadlines. The extension of the briefing schedule will have no impact on any other deadlines in this matter.

Accordingly, the parties stipulate and request that the briefing schedule be extended to July 29, 2013, for the Opposition Brief, and the Reply Brief would be filed and served not more than seven (7) days after the Opposition Brief is served and filed.

Dated: July 15, 2013         THE BERG LAW GROUP

By: /s/ Irving L. Berg
    Irving L. Berg
    Attorneys for Plaintiff
    ABDON SANTIAGO

Dated: July 15, 2013         KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                             A Law Corporation

By: /s/ June D. Coleman
    June D. Coleman
    Danielle R. Teeters
    Attorneys for Defendants
    SUSAN BLUSH dba KENTWOOD LAW GROUP
    and CACH, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 15, 2013
                             _____
                             Honorable Jon S. Tigar
                             U.S. District Court Judge for the Northern District of California