UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDON SANTIAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>CACH LLC, et al.,<br><br>    Defendants. | Case No.  13-cv-02234-JST<br><br>**ORDER VACATING HEARING**<br>Re: ECF No. 10 |

A hearing on Plaintiff's motion for attorney's fees is scheduled for Septemer 5, 2013.  As the motion is suitable for determination without oral argument, the hearing is vacated.  See Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: August 27, 2013

_____
JON S. TIGAR
United States District Judge